UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on April 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**EDWIN CRUZ**

**Debtor.**

Case No. 19-10330 (JNP)

Judge: Jerrold N. Poslusny, Jr.

ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 23, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Edwin Cruz
Case No. 19-10330 (JNP)
Caption of Order: Order

This matter being opened by the Court upon Debtor's Motion to Suspend Trustee Plan Payments, and an objection having been filed by Isabel C. Balboa, Chapter 13 Standing Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter, and for good cause shown:

**IT IS ORDERED** that Chapter 13 Plan payments shall be suspended for three (3) months from March 1, 2021 through May 1, 2021; and

**IT IS FURTER ORDERED** that a hearing is scheduled for June 22, 2021 at 11 am, to consider if further extension of suspended plan payments is needed by Debtor.