UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**EDWIN CRUZ**

**Debtor.**

Case No. 19-10330 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO SUSPEND TRUSTEE PLAN PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Edwin Cruz
Case No. 19-10330 (JNP)
Caption of Order: Order to Suspend Trustee Plan Payments

---

This matter being opened by the Court upon a motion to suspend trustee plan payments by Seymour Wasserstrum, Esquire on behalf of Debtor, and an objection having been filed by Isabel C. Balboa, Chapter 13 Standing Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Debtor's plan payments are hereby suspended from March 2021 through August 2021 and shall resume on September 1, 2021; and

**IT IS FURTER ORDERED** that Debtor shall file amended Schedules I/J and provide proof of income to Trustee no later than August 31, 2021; and

**IT IS FURTER ORDERED** that Debtor's case shall continue at $14,334 paid to date, then $498 for twenty-nine (29) months beginning September 1, 2021; and

**IT IS FURTER ORDERED** that no further extension to suspend plan payments shall be granted. Should Debtor fail to make plan payment in September 2021, the Trustee may file a Certification with the Court seeking dismissal of Debtor's case.