UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**EDWIN CRUZ**
                                          Debtor.

Case No. 19-10330 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO SUSPEND TRUSTEE PLAN PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Edwin Cruz
Case No. 19-10330 (JNP)
Caption of Order: Order to Suspend Trustee Plan Payments

This matter being opened by the Court upon a motion to suspend trustee plan payments by Seymour Wasserstrum, Esquire on behalf of Debtor, and an objection having been filed by Isabel C. Balboa, Chapter 13 Standing Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Debtor's plan payments are hereby suspended from March 2021 through August 2021 and shall resume on September 1, 2021; and

**IT IS FURTER ORDERED** that Debtor shall file amended Schedules I/J and provide proof of income to Trustee no later than August 31, 2021; and

**IT IS FURTER ORDERED** that Debtor's case shall continue at $14,334 paid to date, then $498 for twenty-nine (29) months beginning September 1, 2021; and

**IT IS FURTER ORDERED** that no further extension to suspend plan payments shall be granted. Should Debtor fail to make plan payment in September 2021, the Trustee may file a Certification with the Court seeking dismissal of Debtor's case.

United States Bankruptcy Court

District of New Jersey

In re:                                                                             Case No. 19-10330-JNP
Edwin Cruz                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

**Recip ID           Recipient Name and Address**
db            + Edwin Cruz, 580 Sarah Pl., Vineland, NJ 08360-2729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

**Name**               **Email Address**
Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 rsolarz@kmllawgroup.com

Seymour Wasserstrum

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Edwin Cruz mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7