Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10330−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Cruz
   580 Sarah Pl.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−1754

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Edwin Cruz.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 1/4/22
Time: 11:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: November 24, 2021
JAN: mef

                                                          Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-10330-JNP

Edwin Cruz   Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 4
Date Rcvd: Nov 24, 2021   Form ID: 170   Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Cruz, 580 Sarah Pl., Vineland, NJ 08360-2729 |
| 517956599 | + | Bankcard Services, PO Box 17501, Baltimore, MD 21297-1501 |
| 517956602 | + | Community Health Care Inc, 53 S. Laurel St., Bridgeton, NJ 08302-1946 |
| 517956607 | | Cumberland County, Broad And Fayette Street, Bridgeton, NJ 08302 |
| 517956608 | | Cumberland Special Civil Part, Broad And Fayette Streets, PO Box 10, Bridgeton, NJ 08302-0010 |
| 517956612 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 517956611 | + | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517956614 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 518066725 | + | Landis Sewerage Authority, 1776 S. Mill Rd, Vineland, NJ 08360-6200 |
| 517956619 | + | Liberal Finance Service, 1160 Parsippany Blvd Suite 101, Parsippany, NJ 07054-1811 |
| 517956626 | | Oceanfirst Bank, 225 N main St, Cape May Court House, NJ 08210 |
| 517956627 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517956629 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2204 |
| 517956633 | + | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517956635 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517956637 | + | Surge Card, P.O. Box 8099, Newark, DE 19714-8099 |
| 517987141 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517956640 | + | Universal Fidelity LP, PO BOX 941911, ATTN: John Jackson, Houston, TX 77094-8911 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2021 20:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2021 20:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518067743 | | Email/Text: bnc@atlasacq.com | Nov 24 2021 20:14:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 517956598 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 20:24:23 | American Eagle Outfitters, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517956600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 20:24:29 | Capital One Bank (USA), N.A, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 517956601 | + | Email/Text: compliance@chaserec.com | Nov 24 2021 20:15:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 517956603 | + | Email/Text: tuscolsup@fisglobal.com | Nov 24 2021 20:15:00 | Complete Payment Recovery Services, Inc, PO Box 30184, Tampa, FL 33630-3184 |
| 517956604 | | Email/Text: bankruptcy@consumerportfolio.com | Nov 24 2021 20:15:00 | Consumer Portfolio Services, Inc, PO Box 57071, |

Case 19-10330-JNP    Doc 49    Filed 11/26/21    Entered 11/27/21 00:10:41    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 170 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | | Irvine, CA 92619-7071 |
| 517956605 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2021 20:24:21 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 517956606 | + Email/Text: kthompson@crownasset.com | Nov 24 2021 20:15:00 | Crown asset Management LLC, 3100 Breckinridge Blvd Suite 725, C/O Citi, Duluth, GA 30096-7605 |
| 517956609 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Direct Charge, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011420 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956610 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 518011418 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956613 | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517956617 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 20:14:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517956618 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | K. Jordan, PO Box 8945, Madison, WI 53708-8945 |
| 518011414 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956620 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 20:24:21 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 518041226 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 20:24:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518011413 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956621 | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 517956622 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Massey, PO Box 2822, Monroe, WI 53566-8022 |
| 518011416 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956623 | + Email/Text: bknotices@mbandw.com | Nov 24 2021 20:15:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 517956624 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 24 2021 20:15:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 517956625 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518011412 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956628 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 20:24:20 | Portfolio Recovery, 120 Corporate Blvd STE 100, Norfolk, VA 23502 |
| 518066270 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 20:24:24 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517985634 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2021 20:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518044307 | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 20:14:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517956630 | + Email/Text: bkrpt@retrievalmasters.com | Nov 24 2021 20:15:00 | Retrieval Masters Creditors Bureau Inc, 4 |

Case 19-10330-JNP  Doc 49  Filed 11/26/21  Entered 11/27/21 00:10:41  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 170 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | | Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 517956631 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 24 2021 20:15:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plaza Suite 110, Re: Mason Shoe Company, Elmsford, NY 10523-1615 |
| 517956634 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 24 2021 20:24:20 | Sprint, P.O. Box 629023, El Dorado Hills, CA 95762 |
| 517956632 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011419 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956636 | | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 518011415 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:14:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517958889 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 20:24:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517956638 | | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 20:24:29 | Synchrony Bank/AEO, Inc., Po Box 960013, Orlando, FL 32896-0013 |
| 517956639 | | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011417 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 20:15:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517956615 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517956616 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518066273 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 24, 2021 | Form ID: 170 | Total Noticed: 61 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Edwin Cruz mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7