Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10330−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Cruz
   580 Sarah Pl.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−1754

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/4/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 4, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-10330-JNP
Edwin Cruz                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 4
Date Rcvd: Jan 04, 2022      Form ID: 148         Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Cruz, 580 Sarah Pl., Vineland, NJ 08360-2729 |
| 517956599 | + | Bankcard Services, PO Box 17501, Baltimore, MD 21297-1501 |
| 517956602 | + | Community Health Care Inc, 53 S. Laurel St., Bridgeton, NJ 08302-1946 |
| 517956607 | | Cumberland County, Broad And Fayette Street, Bridgeton, NJ 08302 |
| 517956608 | | Cumberland Special Civil Part, Broad And Fayette Streets, PO Box 10, Bridgeton, NJ 08302-0010 |
| 517956612 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 517956614 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 518066725 | + | Landis Sewerage Authority, 1776 S. Mill Rd, Vineland, NJ 08360-6200 |
| 517956619 | + | Liberal Finance Service, 1160 Parsippany Blvd Suite 101, Parsippany, NJ 07054-1811 |
| 517956626 | | Oceanfirst Bank, 225 N main St, Cape May Court House, NJ 08210 |
| 517956627 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517956629 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2204 |
| 517956633 | + | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517956635 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517956637 | + | Surge Card, P.O. Box 8099, Newark, DE 19714-8099 |
| 517987141 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517956640 | + | Universal Fidelity LP, PO BOX 941911, ATTN: John Jackson, Houston, TX 77094-8911 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518067743 | | EDI: ATLASACQU | Jan 05 2022 01:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 517956598 | + | EDI: RMSC.COM | Jan 05 2022 01:38:00 | American Eagle Outfitters, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517956600 | | EDI: CAPITALONE.COM | Jan 05 2022 01:38:00 | Capital One Bank (USA), N.A, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 517956601 | + | Email/Text: compliance@chaserec.com | Jan 04 2022 20:43:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 517956603 | + | Email/Text: tuscolsup@fisglobal.com | Jan 04 2022 20:43:00 | Complete Payment Recovery Services, Inc, PO Box 30184, Tampa, FL 33630-3184 |
| 517956604 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 04 2022 20:43:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |

Case 19-10330-JNP    Doc 51    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 148 | Total Noticed: 61 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517956605 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2022 20:42:37 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 517956606 | + | Email/Text: kthompson@crownasset.com | Jan 04 2022 20:43:00 | Crown asset Management LLC, 3100 Breckinridge Blvd Suite 725, C/O Citi, Duluth, GA 30096-7605 |
| 517956609 | + | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Direct Charge, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011420 | + | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956610 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 517956611 | + | EDI: AMINFOFP.COM | Jan 05 2022 01:38:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518011418 | + | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956613 | | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517956617 | | EDI: IRS.COM | Jan 05 2022 01:38:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517956618 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | K. Jordan, PO Box 8945, Madison, WI 53708-8945 |
| 518011414 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956620 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 20:52:50 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 518041226 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 20:52:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518011413 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956621 | | EDI: CBSMASON | Jan 05 2022 01:38:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 517956622 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | Massey, PO Box 2822, Monroe, WI 53566-8022 |
| 518011416 | + | EDI: CBSMASON | Jan 05 2022 01:38:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956623 | + | Email/Text: bknotices@mbandw.com | Jan 04 2022 20:43:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 517956624 | + | EDI: PHINGENESIS | Jan 05 2022 01:38:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 517956625 | + | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518011412 | + | EDI: CBS7AVE | Jan 05 2022 01:38:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956628 | | EDI: PRA.COM | Jan 05 2022 01:38:00 | Portfolio Recovery, 120 Corporate Blvd STE 100, Norfolk, VA 23502 |
| 518066270 | | EDI: PRA.COM | Jan 05 2022 01:38:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517985634 | + | EDI: JEFFERSONCAP.COM | Jan 05 2022 01:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518044307 | | EDI: Q3G.COM | Jan 05 2022 01:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-10330-JNP  Doc 51  Filed 01/06/22  Entered 01/07/22 00:12:11  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 148 | Total Noticed: 61 |

| Recip ID | Bypass | EDI | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 517956630 | + | EDI: RMCB.COM | | Jan 05 2022 01:38:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 517956631 | + | EDI: RMCB.COM | | Jan 05 2022 01:38:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plaza Suite 110, Re: Mason Shoe Company, Elmsford, NY 10523-1615 |
| 517956634 | | EDI: AISSPRINT | | Jan 05 2022 01:38:00 | Sprint, P.O. Box 629023, El Dorado Hills, CA 95762 |
| 517956632 | + | EDI: CBS7AVE | | Jan 05 2022 01:38:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011419 | + | EDI: CBS7AVE | | Jan 05 2022 01:38:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517956636 | | EDI: CBSMASON | | Jan 05 2022 01:38:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 518011415 | + | EDI: CBSMASON | | Jan 05 2022 01:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517958889 | + | EDI: RMSC.COM | | Jan 05 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517956638 | | EDI: RMSC.COM | | Jan 05 2022 01:38:00 | Synchrony Bank/AEO, Inc., Po Box 960013, Orlando, FL 32896-0013 |
| 517956639 | | EDI: CBS7AVE | | Jan 05 2022 01:38:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518011417 | + | EDI: CBS7AVE | | Jan 05 2022 01:38:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517956615 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517956616 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518066273 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 04, 2022 | Form ID: 148 | Total Noticed: 61 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Edwin Cruz mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7